UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MITCHELL L. TUCKER**<br>8307 Rose Marie Drive<br>Fort Washington, MD 20744<br><br>         **Plaintiff,**<br>     v.<br><br>**ANTHONY J. PRINCIPI**<br>Secretary<br>Department of Veterans Affairs<br>810 Vermont Ave., NW<br>Washington, DC 20420<br><br>         **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 07-1558 (RWR)<br>)   (ECF) |

## NOTICE OF APPEARANCE

   THE CLERK OF THE COURT will please enter the appearance of Mercedeh Momeni,

Assistant United States Attorney, as counsel of record for defendant, in the above-captioned case.

                                                                                Respectfully submitted,


                                                                                /s/
                                                                    _____
                                                                                MERCEDEH MOMENI
                                                                                Assistant United States Attorney
                                                                                555 4th Street, NW
                                                                                Washington, DC 20530
                                                                                (202) 305-4851
                                                                                (202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of September, 2007, I caused the foregoing Praecipe to be served on Plaintiff's attorney, **E. Ned Sloan, Esq.,** via the Court's Electronic Case Filing system.

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851