UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MITCHELL L. TUCKER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Civil Action No. 07-1558 (RWR) |
| ) | (ECF) |
| ANTHONY J. PRINCIPI, ) | |
| Secretary, ) | |
| Department of Veterans Affairs, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CONSENT MOTION TO ENLARGE TIME
TO ANSWER THE COMPLAINT**

Defendant, United States Department of Veterans Affairs, hereby moves for a 30-day extension of time to file an answer to the Plaintiff's Complaint, through and including December 13, 2007. Good cause exists to grant this motion.

1. Defendant's answer is due on November 13, 2007.

2. This extension is requested for the purposes of investigating certain allegations raised for the first time in the instant Complaint, and to enable undersigned counsel to coordinate efforts with the Agency.

3. This is the first enlargement request made for this deadline.

4. Pursuant to LCvR 7(m) the parties have conferred and Plaintiff's counsel consents to the relief requested.

WHEREFORE, Defendant requests that this enlargement be granted and the filing deadline be extended to December 13, 2007. A minute order is requested.

Dated: November 9, 2007.

          Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney

\_\_\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, N. W.
Washington, D.C. 20530
(202) 3050-4851

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of November, 2007, I caused the foregoing *Motion to Enlarge* to be served on Plaintiff's attorney, **E. Ned Sloan, Esq.**, via the Court's Electronic Case Filing system.

_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, N. W.
Washington, D.C.  20530
(202) 3050-4851