UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MITCHELL L. TUCKER,           )
        Plaintiff,           )
                                  )     Civil Action No. 07-1558(RWR)
v.                                        )
                                  )
JAMES B. PEAKE, Secretary,    )
Department of Veterans Affairs, )
        Defendant.           )

**PLAINTIFF'S RULE 26(a)(1) DISCLOSURES**

Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure and the Courts Scheduling Order, Plaintiff hereby reports the following initial disclosures:

A.    Individuals Likely To Have Discoverable Information

    1.    Mitchell Tucker, Plaintiff - Mr. Tucker will testify as to why he believes he was subjected to sexual harassment and was retaliated against.

    2.    Santiago Montalvo - Supervisory General Engineer, 810 Vermont Ave. N.W. Washington, DC 20420.(202) 461-9433. Mr. Montalvo is the responsible management official and Plaintiff's first line supervisor against whom Plaintiff file his complaint.

    3.    Phil Obianwu - Assistant Chief of Facility Management Service at the time of the alleged incident. VA Medical Center, Washington, DC 20422. (202) 565-4305. Mr. Obinawu discouraged Plaintiff from filing an EEO complaint when he reported the matter to him.

    4.    Dwight Lamar - Union official. Mr. Lamar, 50 Irving St. N.W. Washington,

        DC 20422. Mr. Lamar will testify that he discussed the sexual harassment and other incidents of discrimination with Mr. Tucker. Mr. Lamar was Mr. Tucker's initial representative in this claim.

5. **Christopher H. Warner, M.D. - Department of the Air Force, Hdqtrs 89th Airlift Wing (AMC). (240) 857-4052.** Dr. Warner served as Plaintiff's primary care physician. He will testify as to the impact of the sexual harassment and discrimination on Mr. Tucker's physical ailments.

6. **Michael D. Jones - Clinical Psychologist, Behavioral Medicine Services, Andrews AFB.** He will testify as to the impact of the sexual harassment and incidents of discrimination on Mr. Tucker.

B. **Documents**

1. **Report of Investigation and complaint records.**

2. **Plaintiff's deposition transcripts.**

3. **Notarized statement of Charles Harris, employee who witnessed the sexual harassment incident on July 31, 2004.**

4. **OPM's determination for medical disability retirement.**

5. **Plaintiff's medical records**

C. **Damage Computation**

Plaintiff's medical conditions: diabetes, hypertension, hyperlipidemia, depression, anxiety and continued irritability were aggravated by the stress on the job causing him to the disability retirement. Compensatory damages of $50.000.

D. **Insurance Agreement. N/A**

In accordance with Fed. R. Civ. P. 26(e), Plaintiff reserves the right to supplement or amend his disclosures.

Respectfully submitted,

\_\_\_\_\_ _____//s//_____

E. Ned Sloan, D.C. Bar No. 455198
Sloan & Associates, PLLC
7600 Georgia Ave. NW Suite 208
Washington, DC 20012
(202) 829-0886
(202) 829-4249

### CERTIFICATE OF SERVICE

I HEREBY certify that on March 10, 208, I served Plaintiff's Rule 26(a)(1) Initial Disclosures on Defendants's attorney, Mercedeh Momeni, Esq. via email.

_____//s//_____

E. Ned Sloan
Attorney for Plaintiff
(202) 829-4249 fax