# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MITCHELL L. TUCKER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Civil Action No. 07-1558 (RWR) |
| ) | (ECF) |
| ANTHONY J. PRINCIPI, ) | |
| Secretary, ) | |
| U.S. Department of Veterans Affairs, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF FILING OF ATTACHMENTS TO DOCUMENT NO. 9

Defendant, United States Department of Veterans Affairs, filed its *Motion to Enlarge Time for Defendant to Complete Discovery* on June 3, 2008. See USDC Pacer Doc. No. 9. Due to inadvertence, the referenced exhibits were not filed simultaneously with the Motion. They are filed herewith.

Dated: June 4, 2008.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, N. W.
Washington, D.C.  20530
(202) 305-4851

## CERTIFICATE OF SERVICE

  I hereby certify that on this 4th day of June, 2008, I caused the foregoing *Notice of Filing of Exhibits* to be served on Plaintiff's attorney, **E. Ned Sloan, Esq.**, via the Court's Electronic Case Filing system.

              _____/s/_____
               MERCEDEH MOMENI
               Assistant United States Attorney
               Civil Division
               555 4th Street, N. W.
               Washington, D.C. 20530
               (202) 305-4851

**Momeni, Mercedeh (USADC)**

| | |
|---|---|
| From: | Momeni, Mercedeh (USADC) |
| Sent: | Thursday, April 10, 2008 2:11 PM |
| To: | 'E Ned Sloan' |
| Cc: | 'Lane Borden, Carol J. OGC' |
| Subject: | Tucker v. Peake - discovery |

  

discov cover letter.pdf      D's rogs and rpfs.pdf      HIPPA MEDICAL RELEASE FORM.pdf      HIPPA ...OTHERAPY RELEASE

Please see attached. I look forward to hearing from you.

Regards,
*Mercedeh Momeni*
Assistant United States Attorney
United States Attorney's Office for the District of Columbia
Civil Division
555 Fourth St., NW
Washington, DC 20530
ph: 202-305-4851
fax: 202-514-8780

CONFIDENTIALITY STATEMENT: This electronic communication may contain information that is confidential and/or attorney-client privileged. If you are not an intended recipient, interception, copying, disclosure or use of confidential communications may be illegal. If you received this message in error, please notify me by reply e-mail and delete this message. Thank you.

1



GOVERNMENT EXHIBIT A

U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

Judiciary Center
555 Fourth St., N.W.
Washington, D.C. 20530

April 10, 2008

<u>Via Facsimile and Electronic Mail</u>
E. Ned Sloan, Esq.
7600 Georgia Avenue, NW
Suite 208
Washington, D.C. 20012

                Re: *Tucker v. Peake*
                   Civil Action No. 07-1558 (RWR)

Dear Mr. Sloan:

    Attached herewith are: (1) Defendant's First Set of Interrogatories and Requests for Production of Documents, and (2) copies of Authorizations for Release of Medical and Psychotherapy Information. Kindly:

        1. make as many copies as necessary to cover all Mr. Tucker's physical and mental health care providers;

        2. fill in each care-giver's name in the upper left hand corner;

        3. fill in Mr. Tucker's birth date; and

        4. have Mr. Tucker execute the documents; and

        5. return the executed forms to our office within the 30-day allotted time by Fed. R. Civ. P. 34.

    Additionally, as mentioned in my electronic mail message of April 7, 2008, we propose deposing Plaintiff on May 14, 15, 21 or 22, 2008. Kindly advise on which date he will be available and we will forward the notice of deposition thereafter.

Please feel free to contact me at 202-305-4851, if you have any questions.

                        Sincerely,

                        JEFFREY A. TAYLOR
                        United States Attorney

                        /s/
By: _____
                        MERCEDEH MOMENI
                        Assistant United States Attorney

cc: Carol Lane Borden, Esq.

**Momeni, Mercedeh (USADC)**

| | |
|---|---|
| **From:** | Momeni, Mercedeh (USADC) |
| **Sent:** | Tuesday, May 13, 2008 10:41 AM |
| **To:** | 'enedsloan@verizon.net' |
| **Cc:** | 'Lane Borden, Carol J. OGC' |
| **Subject:** | Tucker v. Peake |

Dear Mr. Sloan:

During our telephone conversation last week you indicated that you would fax me the executed authorizations for Mr. Tucker's release of his medical records by Friday. To date we have not received them. Kindly either fax or e-mail them to me today or call me at your earliest to discuss? Thank you.

Regards,

*Mercedeh Momeni*
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 Fourth St., NW
Washington, DC 20530
ph: 202-305-4851
fax: 202-514-8780

CONFIDENTIALITY STATEMENT: This electronic communication may contain information that is confidential and/or attorney-client privileged. If you are not an intended recipient, interception, copying, disclosure or use of confidential communications may be illegal. If you received this message in error, please notify me by reply e-mail and delete this message. Thank you.

1


GOVERNMENT EXHIBIT B

## Momeni, Mercedeh (USADC)

**From:** Momeni, Mercedeh (USADC)
**Sent:** Wednesday, May 14, 2008 11:55 AM
**To:** 'E Ned Sloan'
**Cc:** 'Lane Borden, Carol J. OGC'
**Subject:** RE: Tucker v. Veterans Affairs - IME

Ned,

We still have not received the signed releases. Do you have an ETA?

*Mercedeh*

---

**From:** E Ned Sloan [mailto:enedsloan@verizon.net]
**Sent:** Tuesday, May 13, 2008 12:42 PM
**To:** Momeni, Mercedeh (USADC)
**Subject:** RE: Tucker v. Veterans Affairs - IME

Mercedeh,
Mr. Tucker will be available on May 30, 2008, at 1:00 pm for the Independent Medical Examination. I am faxing you his authorization for the release of his medical records. Mr. Tucker states that he is unable to keep the 9:30 appointment on June 5 because it is too early in the day. He states that he takes heavy pain medication and he is not lucid in the early hours of the day. I explained the 7 hour rule that pertains to depositions. However, he states he simply is unable to appear during the early hours of the day. Also, he can not he sit for 7 hrs due to health problems, We'll have to work this out. Finally, I am unable to submit the interrogatories that are due today due to work load issues. Will submit by May 20. I am aware that discovery closes June 9.
E. Ned Sloan

---

**From:** Momeni, Mercedeh (USADC) [mailto:Mercedeh.Momeni@usdoj.gov]
**Sent:** Wednesday, May 07, 2008 3:08 PM
**To:** enedsloan@verizon.net
**Cc:** Lane Borden, Carol J. OGC; Parker, Cindy (USADC)
**Subject:** Tucker v. Veterans Affairs - IME

Dear Mr. Sloan,

Further to our telephone discussion earlier today, Dr. Christiane Tellefsen of 237 Village Square, Baltimore, MD 21210, is available on either 5/22/08, beginning in the morning, or 5/30/08, in the afternoon to conduct Plaintiff's IME. Kindly advise, asap which date is preferable for Mr. Tucker.

Also, I look forward to receiving the executed psychotherapy and medical records release forms, by fax or e-mail, at your earliest, since snail mail will not be received in our office promptly. Thank you for your courtesies.

Regards,

*Mercedeh Momeni*
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 Fourth St., NW
Washington, DC 20530

**Momeni, Mercedeh (USADC)**

| | |
|---|---|
| From: | Momeni, Mercedeh (USADC) |
| Sent: | Thursday, May 15, 2008 4:30 PM |
| To: | 'E Ned Sloan' |
| Subject: | RE: Tucker v. Peake |

I will fax it to you again, now.

*Mercedeh Momeni*
Assistant United States Attorney
United States Attorney's Office
  for the District of Columbia/Civil Division
555 Fourth St., NW
Washington, DC 20530
ph: 202-305-4851
fax: 202-514-8780

CONFIDENTIALITY STATEMENT: This electronic communication may contain information that is confidential and/or attorney-client privileged. If you are not an intended recipient, interception, copying, disclosure or use of confidential communications may be illegal. If you received this message in error, please notify me by reply e-mail and delete this message. Thank you.

---

**From:** E Ned Sloan [mailto:enedsloan@verizon.net]
**Sent:** Thursday, May 15, 2008 4:07 PM
**To:** Momeni, Mercedeh (USADC)
**Subject:** RE: Tucker v. Peake

Mercedeh,
Please send another form.

---

**From:** Momeni, Mercedeh (USADC) [mailto:Mercedeh.Momeni@usdoj.gov]
**Sent:** Thursday, May 15, 2008 11:10 AM
**To:** E Ned Sloan
**Cc:** Lane Borden, Carol J. OGC
**Subject:** Tucker v. Peake

Ned:

We are in receipt of your fax of 5/13. The document is insufficient. Please have plaintiff complete and sign the forms we sent to your office via fax and e-mail last month. Also, I would like to schedule a time within the next couple of days for a telephone discussion of other discovery-related issues. I am around for the rest of the day today. Otherwise, tomorrow at 10:30 or 2 work for me also. Please advise?

Regards,

*Mercedeh Momeni*

Assistant United States Attorney

1

# Momeni, Mercedeh (USADC)

| | |
|---|---|
| **From:** | Momeni, Mercedeh (USADC) |
| **Sent:** | Thursday, May 15, 2008 5:05 PM |
| **To:** | 'E Ned Sloan' |
| **Subject:** | FW: Tucker v. Peake - discovery |

Ned:

Per your request attached are the forms. I also had them faxed to you earlier this afternoon.

*Mercedeh Momeni*
Assistant United States Attorney
United States Attorney's Office
 for the District of Columbia/Civil Division
555 Fourth St., NW
Washington, DC 20530
ph: 202-305-4851
fax: 202-514-8780

CONFIDENTIALITY STATEMENT: This electronic communication may contain information that is confidential and/or attorney-client privileged. If you are not an intended recipient, interception, copying, disclosure or use of confidential communications may be illegal. If you received this message in error, please notify me by reply e-mail and delete this message. Thank you.

---

**From:** Momeni, Mercedeh (USADC)
**Sent:** Thursday, April 10, 2008 2:11 PM
**To:** 'E Ned Sloan'
**Cc:** 'Lane Borden, Carol J. OGC'
**Subject:** Tucker v. Peake - discovery

   

discov cover letter.pdf   D's rogs and rpfs.pdf   HIPPA MEDICAL RELEASE FORM.pdf   HIPPA ...OTHERAPY RELEASI

Please see attached. I look forward to hearing from you.

Regards,
*Mercedeh Momeni*
Assistant United States Attorney
United States Attorney's Office for the District of Columbia
Civil Division
555 Fourth St., NW
Washington, DC 20530
ph: 202-305-4851
fax: 202-514-8780

1

**Momeni, Mercedeh (USADC)**

| | |
|---|---|
| From: | Momeni, Mercedeh (USADC) |
| Sent: | Friday, May 16, 2008 12:32 PM |
| To: | 'E Ned Sloan' |
| Cc: | Lane Borden, Carol J. OGC |
| Subject: | Tucker v. Peake - Discovery |

Dear Ned,

Thank you for speaking with me today. As discussed, we will not amend our notice of deposition, but the parties have agreed that Plaintiff will appear for his deposition, in our office, at 1 p.m. (rather than 9:30 a.m.) on 6/5/08 for 3.5 hours, and continue on 6/6, for the remainder of the time, again starting at 1 p.m.

We are standing by to receive the executed medical release forms re-sent to you yesterday with a list of plaintiff's doctors. It is my understanding that Mr. Tucker will appear in Dr. Tellefsen's office on 5/30, but if there is a problem with the location, you will notify me as soon as possible.

Regards,

*Mercedeh Momeni*
Assistant United States Attorney
United States Attorney's Office
  for the District of Columbia/Civil Division
555 Fourth St., NW
Washington, DC 20530
ph: 202-305-4851
fax: 202-514-8780

CONFIDENTIALITY STATEMENT: This electronic communication may contain information that is confidential and/or attorney-client privileged. If you are not an intended recipient, interception, copying, disclosure or use of confidential communications may be illegal. If you received this message in error, please notify me by reply e-mail and delete this message. Thank you.

**Momeni, Mercedeh (USADC)**

| | |
|---|---|
| **From:** | Momeni, Mercedeh (USADC) |
| **Sent:** | Monday, May 19, 2008 9:36 AM |
| **To:** | 'E Ned Sloan' |
| **Subject:** | RE: Tucker v. Peake - Discovery |
| **Attachments:** | D's RFP and Rogs.wpd |

Please see attached, per your request.

*Mercedeh Momeni*
Assistant United States Attorney
United States Attorney's Office
  for the District of Columbia/Civil Division
555 Fourth St., NW
Washington, DC 20530
ph: 202-305-4851
fax: 202-514-8780

CONFIDENTIALITY STATEMENT: This electronic communication may contain information that is confidential and/or attorney-client privileged. If you are not an intended recipient, interception, copying, disclosure or use of confidential communications may be illegal. If you received this message in error, please notify me by reply e-mail and delete this message. Thank you.

---

**From:** E Ned Sloan [mailto:enedsloan@verizon.net]
**Sent:** Friday, May 16, 2008 6:29 PM
**To:** Momeni, Mercedeh (USADC)
**Subject:** RE: Tucker v. Peake - Discovery

Mercedeh,
Request that you send me via e-mail your first set of interrogatories. I am preparing responses and it is easier to work from an email copy..
Thanks.
ened

---

**From:** Momeni, Mercedeh (USADC) [mailto:Mercedeh.Momeni@usdoj.gov]
**Sent:** Friday, May 16, 2008 12:32 PM
**To:** E Ned Sloan
**Cc:** Lane Borden, Carol J. OGC
**Subject:** Tucker v. Peake - Discovery

Dear Ned,

Thank you for speaking with me today. As discussed, we will not amend our notice of deposition, but the parties have agreed that Plaintiff will appear for his deposition, in our office, at 1 p.m. (rather than 9:30 a.m.) on 6/5/08 for 3.5 hours, and continue on 6/6, for the remainder of the time, again starting at 1 p.m.

We are standing by to receive the executed medical release forms re-sent to you yesterday with a list of plaintiff's doctors. It is my understanding that Mr. Tucker will appear in Dr. Tellefsen's office on 5/30, but if there is a problem with the location, you will notify me as soon as possible.

1

**Momeni, Mercedeh (USADC)**

| | |
|---|---|
| **From:** | Momeni, Mercedeh (USADC) |
| **Sent:** | Tuesday, May 27, 2008 11:22 AM |
| **To:** | 'E Ned Sloan' |
| **Subject:** | RE: Discovery_Tucker |

Dear Mr. Sloan:

As you are aware, Plaintiff is scheduled to be examined by Dr. Tellefsen this Friday. At this late hour we have yet to receive executed release forms from Mr. Tucker, which we sent to you, originally on April 10, 2008 via electronic mail and facsimile, and again on two other occasions, at your request. If we do not receive the properly executed releases with a complete list of Mr. Tucker's doctors, before the close of business today, we will be forced to enlist the assistance of the Court, as the discovery end date is quickly approaching.

Regards,

*Mercedeh Momeni*
Assistant United States Attorney
United States Attorney's Office
 for the District of Columbia/Civil Division
555 Fourth St., NW
Washington, DC 20530
ph: 202-305-4851
fax: 202-514-8780

CONFIDENTIALITY STATEMENT: This electronic communication may contain information that is confidential and/or attorney-client privileged. If you are not an intended recipient, interception, copying, disclosure or use of confidential communications may be illegal. If you received this message in error, please notify me by reply e-mail and delete this message. Thank you.

---

**From:** E Ned Sloan [mailto:enedsloan@verizon.net]
**Sent:** Wednesday, May 21, 2008 11:57 AM
**To:** Momeni, Mercedeh (USADC)
**Subject:** Discovery_Tucker

Mercedeh,
This response in incomplete. I will finish it will I confer with Mr. Tucker's psychiatrist. Will complete in a couple of daysand will send list of doctors. Mr. Tucker prefers to be examined by your doctor in DC at your offices
ENed

---

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MITCHELL L. TUCKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 07-1558 (RWR) |
| v. | ) | |
| | ) | |

1

