# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Mitchell L. Tucker,** ) | |
| ) | |
| **Plaintiff,** ) | Civil Action No. 07-1588 (RWR) |
| ) | (ECF) |
| v. ) | |
| ) | |
| **Anthony J. Principi,** ) | |
| **Secretary,** ) | |
| **Department of Veterans** ) | |
| **Affairs,** ) | |
| **Defendant.** ) | |

## OPPOSITION TO DEFENDANT'S MOTION TO ENLARGE TIME FOR DEFENDANT TO COMPLETE DISCOVERY AND PLAINTIFF'S MOTION TO EXTEND DISCOVERY

**Plaintiff, by and through undersigned counsel, respectfully opposes defendant's motion because it is one-sided and seeks an extension of discovery only for the benefit of defendant.**

## PLAINTIFF'S MOTION TO EXTEND DISCOVERY

**Plaintiff, by and through undersigned counsel, respectfully requests an extension of time to complete discovery and states as follows:**

1. **Plaintiff's attorney and defendant's attorney discussed the deposition of agency witness Santiago Montalvo prior to the notice of deposition of Mr. Montalvo. The parties agreed to extend discovery so that plaintiff could depose Mr. Montalvo because defendant could not make him available when requested. However, plaintiff consents to this motion for an extension of time only for the purpose of**

**deposing of Mr. Montalvo, but opposes the motion to the extent that it seeks to depose other agency witnesses.**

2. **Defendant's partial consent is one-sided and unfair. The plaintiff is a disabled veteran and is under care and treatment for severe multiple physical and mental ailments. These ailments and the medications he takes cause the plaintiff ambulatory and related problems. For these reasons, plaintiff is unable to fully cooperate with his counsel. Therefore, plaintiff needs additional time to complete discovery. This would not prejudice defendant's case because the defendant agrees to an extension of time anyway.**

3. **This is the first request for an extension of time for this deadline.**

**WHEREFORE, plaintiff requests an extension to July 31, 2008, for both parties to complete discovery.**

Dated: June 6, 2008                                          **Respectfully submitted,**

_____/s/_____
**E. Ned Sloan, Esq.
D.C. Bar # 4551988
Sloan & Associates, PLLC
7600 Georgia Ave., N.W.
Suite 208
Washington, DC 20012
Tel:   202.829-0886
Fax:   202.829-4249**

CERTIFICATE OF SERVICE

**I HEREBY certify that on this 6th day of June, 2008, I caused the foregoing Opposition and Motion to Extend Discovery to be served on the defendant's attorney, Mercedeh Momeni**, Esq., via the Court's Electronic Case Filing System.

_____/s/_____
E. Ned Sloan
Plaintiff's attorney
Sloan & Associates
7600 Georgia Ave. N.W.
Washington, DC 20012
202.829-4249