UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MITCHELL L. TUCKER, )<br>)<br>               Plaintiff, )<br>v. )<br>)<br>)<br>ANTHONY J. PRINCIPI, )<br>Secretary, )<br>U.S. Department of Veterans Affairs, )<br>)<br>               Defendant. )<br>_____) | Civil Action No. 07-1558 (RWR)<br>(ECF) |

### JOINT MOTION TO EXTEND THE DISCOVERY PERIOD

Plaintiff, Mitchell L. Tucker and Defendant, United States Department of Veterans Affairs, hereby move for a 45-day extension of the discovery period until September 15, 2008. Good cause exists to grant this motion. In support of this motion the parties say as follows.

1. The discovery period is scheduled to end on July 31, 2008.

2. The parties recently began to discuss the possibility of resolving this matter without further litigation. However, it does not appear likely that negotiations will be completed prior to the discovery end date. Additional time is necessary to include all appropriate individuals with settlement authority in the discussions.

3. Further, although the parties have been attempting to complete discovery, due to Plaintiff's health issues, his deposition is not yet complete. The Plaintiff has also noticed the deposition of a responsible management official, but agreed to stay the deposition pending the outcome of settlement discussions.

WHEREFORE, the parties request that the discovery end date be extended to September 15, 2008, so that they may complete settlement discussions. A minute order is requested.

Dated: July 29, 2008.

                                            Respectfully submitted,

_/s/with authorization_____        _____/s/_____
E. Ned Sloan, Esq.     .                       JEFFREY A. TAYLOR
D.C. Bar # 455198                            D.C. Bar # 488610
7600 Georgia Ave., NW, Ste. 208        United States Attorney
Washington, D.C.  20012

*Attorney for Plaintiff*

                                               _____/s/_____
                                             RUDOLPH CONTRERAS
                                             D.C. Bar # 434122
                                             Assistant United States Attorney


                                             _____/s/_____
                                             MERCEDEH MOMENI
                                             Assistant United States Attorney
                                             Judiciary Center Building, Rm. E4208
                                             555 Fourth Street, N.W.
                                             Washington, D.C. 20530
                                             (202) 305-4851

                                             *Attorneys for Defendant*